

```
       ✓ FILED      ___ LODGED
       ___ RECEIVED ___ COPY

            JAN 2 4 2018

       CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
       BY_____ DEPUTY
```

**NEW VISION. NEW HOPE. NEW LIFE.**™

www.viewpointdualrecovery.com

January 19, 2018

United States District Court for the District of Arizona, case number CV-18-08004:

    My name is Emily Noelle Mihaylo and I received a letter regarding a case that had been filed in federal court using my name. At no time did I file this claim and I would like it to be removed. I believe that my ex-boyfriend used my information to file this claim. The reason he filed this claim is unknown to me. Moving forward I would like to have this case dismissed, thrown out, and terminated all together.

    I was unaware that my information was being used to file this claim and I am willing to take the appropriate action required to get this case dismissed.

    For further clarification, the paperwork I received has two case numbers that have different letters at the end. I will include those in this document so that there is no misunderstanding of which case I am referencing.

Case Number: CV-18-08004-PCT-GMS-JZB
Case Number: 3:18-cv-08004-GMS-JZB

Thank you,

*[signature]*

Emily Mihaylo

---

702 W. Hillside Avenue • Prescott, Arizona 86301 • p. 928-778-5907 • f. 928-778-5908