12/10/2018

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE __CIVLR 5 4 7.1(6)(1)__
(Rule Number/Section)

FILED          LODGED
RECEIVED        COPY

DEC 17 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY                    DEPUTY

To the United States District Court of Arizona

To whom it may concern,

CV-18-8004-PCT-GMS-JZB

The letter that I signed was not written by me.
I was pressured into signing it by ViewPoint staff.
James gave me a ride on Saturday when I was stranded in Sedona Arizona. I would prefer not to go back to View Point, and have myself arranged to transfer to Alternative to Med. Center in Sadona.

Sincerley

Emily Mihaylo

Emily Mihaylo

Emily Mihaylo

CV-18-
08004-PCT
-GMS (JZB)
Mihaylo v. Russell-Jenkins et al



**WELLS FARGO**

# Acknowledgment by Individual

State of _Arizona_                    County of _Yavapai_

On this _11th_ day of _December_, 20 _18_, before me, _Amanda Zeldin_

Name of Notary Public

the undersigned Notary Public, personally appeared

_Emily Mihaylo_

Name of Signer(s)

○ Proved to me on the oath of _____

○ Personally known to me

☒ Proved to me on the basis of satisfactory evidence _AZ State ID  D021607938  No Exp_

(Description of ID)

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged that he/she/they executed it.

WITNESS my hand and official seal.

Amanda Zeldin
Notary Public
Yavapai County, Arizona
My Comm. Expires 03-19-2022

Notary Seal

_Amanda Zeldin_
(Signature of Notary Public)

My commission expires _03-19-2022_

Optional: *A thumbprint is only needed if state statutes require a thumbprint.*

**Right Thumbprint of Signer**

Top of thumb here

**For Bank Purposes Only**
**Description of Attached Document**

Type or Title of Document

_Grievance Letter_

Document Date                    Number of Pages

_12/10/18_                         _1 Page_

Signer(s) Other Than Named Above

_N A_



DSG5350 (Rev 02 - 05/17)